# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARLA BREE SMITH,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD DANIEL WHELDEN, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-01977-JCM-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a notice of a subpoena.  Docket No. 16.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court.  Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

   IT IS SO ORDERED.

   Dated: March 12, 2021

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge

1