# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARLA BREE SMITH,<br><br>    Plaintiff(s),<br><br>v.<br><br>CATERPILLAR, INC., et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-01977-JCM-NJK<br><br>**Order**<br><br>[Docket No. 22] |

On March 12, 2021, the court struck a notice of subpoena filed by Defendant. *See* Docket No. 17. The Court explained that Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. *Id.* (citing Local Rule 26-8; Fed. R. Civ. P. 5(d)(1)). The Court also cautioned the parties that they must "refrain from filing discovery documents on the docket in the future absent a Court order that they do so." *Id.*

On July 9, 2021, Defendant filed another notice of subpoena. Docket No. 22. For the reasons previously articulated, this notice of subpoena is **STRICKEN**. The Court again instructions the parties that the must refrain from filing discovery documents on the docket. **Any further violations may result in the imposition of sanctions.**

    IT IS SO ORDERED.

    Dated: July 9, 2021

                                                  Nancy J. Koppe<br>
                                                  United States Magistrate Judge