CURTIS J. BUSBY
Nevada Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
(602) 643-2300 (Telephone)
(602) 248-0947 (Facsimile)
curtis.busby@bowmanandbrooke.com

ROBERT A. NERSESIAN
Nevada Bar No. 2762
**NERSESIAN & SANKIEWICZ**
528 S. Eighth Street
Las Vegas, Nevada 89101
(702) 385-5454 (Telephone)
vegaslegal@aol.com

Attorneys for Defendants Caterpillar, Inc. and Richard Daniel Whelden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARLA BREE SMITH, individually, | Case No. 2:20-cv-01977-JCM-NJK |
| Plaintiff, | |
| v. | |
| RICHARD DANIEL WHELDEN, individually; CATERPILLAR, INC.; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

NOW COME the parties hereto and herewith stipulate that this action be dismissed with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

prejudice, each party to bear their own costs and attorney's fees. There is no trial currently scheduled in the within matter.

DATED this 2nd day of November, 2021.

**BOWMAN AND BROOKE LLP**

/s/ Curtis J. Busby
CURTIS J. BUSBY
Nevada Bar No. 6581
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
(602) 643-2300 (Telephone)
curtis.busby@bowmanandbrooke.com

*Attorneys for Defendants Caterpillar, Inc. and Richard Daniel Whelden*

DATED this 2nd day of November, 2021.

DIMOPOULOS INJURY LAW

/s/ Garnet E. Beal
Garnet E. Beal, Esq.
Nevada Bar No. 012693
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

DATED this 2nd day of November, 2021.

**NERSESIAN & SANKIEWICZ**

/s/ Robert A. Nersesian
ROBERT A. NERSESIAN
Nevada Bar No. 2762
528 S. Eighth Street
Las Vegas, Nevada 89101
(702) 385-5454 (Telephone)
vegaslegal@aol.com

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28